# EXHIBIT A

(12) **United States Design Patent**
Baumann et al.

(10) Patent No.: **US D654,493 S**
(45) Date of Patent: ** **Feb. 21, 2012**

(54) **MOUNTABLE STAND**

(75) Inventors: **Scott Baumann**, Anacortes, WA (US); **Brian Wheeler**, Bellingham, WA (US); **Brian Johnson**, Anacortes, WA (US)

(73) Assignee: **Clingo.com LLC**, Ferndale, WA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/348,214**

(22) Filed: **Dec. 8, 2009**

(51) LOC (9) Cl. .................................................. **14-03**
(52) U.S. Cl. ..................................................... **D14/253**
(58) Field of Classification Search ................ D14/140, D14/217, 224, 224.1, 229, 240, 243, 250–253, D14/299, 344, 434, 447, 451–452, 483, 496; D13/108; 361/679.41; 439/534; 320/115, 320/116, 107; D8/355, 363; D12/415, 418; 379/449, 455, 165; 248/122.1, 127, 157, 248/205.8, 206.2, 279.1, 205.5, 309.1, 309.3, 248/352; D3/201, 218, 269, 273, 301; D11/79; 63/26

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D406,591 S | * | 3/1999 | Richter | D14/253 |
| D533,054 S | * | 12/2006 | Brassard | D8/373 |
| D602,025 S | * | 10/2009 | Richter | D14/447 |
| D606,065 S | * | 12/2009 | Rihu | D14/253 |
| D613,731 S | * | 4/2010 | Yeo | D14/253 |
| D619,586 S | * | 7/2010 | Richter | D14/447 |
| D619,587 S | * | 7/2010 | Richter | D14/447 |
| D626,541 S | * | 11/2010 | Kim et al. | D14/253 |
| D627,624 S | * | 11/2010 | Brassard | D8/363 |
| D638,008 S | * | 5/2011 | Richter | D14/253 |
| D640,247 S | * | 6/2011 | Baumann et al. | D14/253 |
| D645,462 S | * | 9/2011 | Choi | D14/253 |

* cited by examiner

Primary Examiner — Raphael Barkai
Assistant Examiner — Randall Gholson
(74) Attorney, Agent, or Firm — Tejpal S. Hansra

(57) **CLAIM**
The ornamental design for a mountable stand, as shown and described.

**DESCRIPTION**

FIG. **1** is an isometric view of a mountable stand showing our new design with a handheld mobile electronic device in broken lines;
FIG. **2** is a front view thereof with a handheld mobile electronic device in broken lines;
FIG. **3** is a right side view thereof with a handheld mobile electronic device in broken lines;
FIG. **4** is a left side view thereof;
FIG. **5** is a back view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.
The broken lines in the drawing are for illustrative purposes only and form no part of the claimed design. Specifically, the broken lines are provided to illustrate the environment in which the mobile stand may be used.

**1 Claim, 4 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

